1

Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing

2

12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

3

Tel.: (562)868-5886
Fax: (562)868-8868

4

E-mail: rohlfing.office@rohlfinglaw.com

5

Attorneys for Plaintiff
Dennis Kevin Rogers

6

7

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9

10

DENNIS KEVIN ROGERS,

)  Case No.:  5:13-cv-01294-JCG
)

11

Plaintiff,

)  {PROPOSED} ORDER AWARDING
)  EQUAL ACCESS TO JUSTICE ACT

12

vs.

)  ATTORNEY FEES AND EXPENSES
)  PURSUANT TO 28 U.S.C. § 2412(d)

13

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

)  AND COSTS PURSUANT TO 28
)  U.S.C. § 1920

14

)
)

15

Defendant

)
)

16

17

18

Based upon the parties' Stipulation for the Award and Payment of Equal

19

Access to Justice Act Fees, Costs, and Expenses:

20

IT IS ORDERED that fees and expenses in the amount of $3,600 as

authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21

DATE: March 17, 2014

22

_____

23

THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Dennis Kevin Rogers